# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0080. RICKY LAMAR HOGAN v. THE HONORABLE ASHA F. JACKSON, JUDGE OF DEKALB COUNTY SUPERIOR COURT et al.

Ricky Lamar Hogan filed this emergency petition for original mandamus, seeking to compel the superior court to file a mandamus petition in which he challenged his allegedly void sentence for malice murder. Pursuant to OCGA § 16-5-1 (a), (e) (1), the death penalty may be imposed for the crime of murder. And, under our constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). This jurisdiction extends to mandamus cases arising from a murder conviction. See *Brock v. Hardman*, 303 Ga. 729, 731 (1) (814 SE2d 736) (2018). Because this is such a case, jurisdiction appears to lie in the Supreme Court. See id. Accordingly, this emergency petition for original mandamus is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/12/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*